IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THOMAS E. INMAN, an individual; on
behalf of himself and all others similarly
situated,

        Plaintiff,

vs.

ASSET ACCEPTANCE, LLC, a
Delaware Limited Liability Company; and
JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

        Defendants.
_____/

Case No.: 2:11-cv-10379-PJD-RSW
Hon. Patrick J. Duggan

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby dismissed with prejudice as to Plaintiff, Thomas E. Inman, and without prejudice as to the putative class members. Each party is to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability

DONE AND ORDERED this __28th__ day of __September__ 2011.

                s/PATRICK J. DUGGAN
                JUDGE

\\sfnfs02\prolawdocs\8926\8926-27196\Inman, Thomas E\558803.doc